IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

Gayle Cunningham

(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)

-against-

Long Island Jewish Valley Stream/
Northwell Health

(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)

**Complaint for Employment Discrimination**

Case No. CV 26 3727

(to be filled in by the Clerk's Office)

Jury Trial: ☑ Yes ☐ No
(check one)

MERCHANT, J.

DUNST, M.J.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D N.Y.

★ JUN 2 2 2026 ★

LONG ISLAND OFFICE

**RECEIVED**

JUN 2 2 2026

EDNY PRO SE OFFICE

RECD IN PRO SE OFFICE
JUN 22 '26 AM10:07

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name _Gayle Cunningham_

Street Address _2503 Farmers Ave_

City and County _Bellmore    Nassau_

State and Zip Code _New York    11710_

Telephone Number _516  859-4069_

E-mail Address _SparkyRx67 @ aol.com_

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name _Long Island Jewish Valley Stream / Northwell Health_

Job or Title
(if known) _____

Street Address _2000 Marcus Ave_

City and County _New Hyde Park    Nassau_

State and Zip Code _New York    11042_

Telephone Number _____

E-mail Address
(if known) _____

Defendant No. 2

Name _____

Job or Title
(if known) _____

Street Address _____

City and County _____

2

State and Zip Code _____

Telephone Number _____

E-mail Address _____
(if known)

C.    **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

Name            Long Island Jewish Valley Stream

Street Address  900 Franklin Ave

City and County Valley Stream    Nassau.

State and Zip Code  New York    11580

Telephone Number  516  256-6006

II.    **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

   ☒   Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

           *(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

   ☒   Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

           *(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

   ☐   Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

           *(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

3

☐    Other federal law *(specify the federal law)*:

_____

☒    Relevant state law *(specify, if known)*:

_____ Claims under the New York State Human
Rights Law

☐    Relevant city or county law *(specify, if known)*:

_____

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐    Failure to hire me.

☐    Termination of my employment.

☐    Failure to promote me.

☐    Failure to accommodate my disability.

☐    Unequal terms and conditions of my employment.

☒    Retaliation.

☒    Other acts *(specify)*: _____, unfair behavior because of my age and national origin

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

11/27/21 , 3/6/23, 6/14/23, 6/21/23, 6/26/23 6/29/23
7/4/23 , 1/10/24 , 7/14/23, 4/30/23 , 1/29/25
11/4/24 , 5/9/25

C.    I believe that defendant(s) *(check one)*:

         ☒    is/are still committing these acts against me. *ruining my reputation*

         ☐    is/are not still committing these acts against me. *limiting my Job prospects*

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

         ☐    race _____

         ☐    color_____

         ☐    gender/sex _____

         ☐    religion _____

         ☒    national origin *I am of European descent, I am not of Asian or South East*

         ☒    age. My year of birth is _1967_. *(Give your year of birth* *Asian descent* *only if you are asserting a claim of age discrimination.)*

         ☐    disability or perceived disability *(specify disability)*

         _____

E.    The facts of my case are as follows. Attach additional pages if needed.

         *See next page*

         _____

         _____

         _____

         _____

         _____

         _____

         _____

         _____

         _____

         _____

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

5

IV.    **Exhaustion of Federal Administrative Remedies**

A.    . It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

4/11/23

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☒    issued a Notice of Right to Sue letter, which I received on *(date)*

4/7/26

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☒    60 days or more have elapsed.
☐    less than 60 days have elapsed.

V.    **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

At LIJVS Hosp my salary was approx $170,000/year. I am now at a county hospital making $125,000/year. I lost Seniority & 5 wks vacation which I earned for my long term commitment to LIJVS. I suffered migraines and depression (documented) under this management. I now work an overnight shift which has taken a toll on my health. I am now in the process of selling my house since I am the breadwinner in the family.

I am asking for compesation of the difference in salary of $45,000 per year until retirement at 65 which is $270,000. I am asking for compensatory damages for mental anguish & punitve damages because for almost 3 years management acted with reckless

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6| 15    , 20 26.

Signature of Plaintiff    _Gayle Cunningham_

Printed Name of Plaintiff    _Gayle Cunningham_

7

I worked at LIJVS Hospital, formerly Franklin Hospital Medical Center, for 34 years as a staff pharmacist. Over the years there were management changes and I received no previous performance issues and had consistently positive reviews. This changed under Ekaterina Syeda, Jason Li and Shane Oomen. Mr. Li was the Director, Mrs. Syeda was the Department Manager, and Mr. Oomen was the Head of Human Resources. After these individuals were put into these leadership roles, I became a target because of my age and my national origin, White/caucasian and over 50 years old. This occurred between the years of 2023-2025, but it is possible that I was on their radar in 2022, but there were other older employees to remove first.

Prior to my resignation, two full-time Pharmacists and Per Diem Pharmacists were terminated who were all over 45 years old. As a result of these terminations, positions opened up for young graduates who were friends already and were all of Asian or South Asian descent. Mrs. Syeda, Mr. Li, and Mr. Oomen share the same descent of those hired after these firings. Those hired were the same individuals who colluded with management to attempt to fire me. Mr. Li and Mrs. Syeda often pulled these new pharmacists and their other valued employees into long meetings behind closed doors, delaying patient care. Their doors were closed at all times and they took all steps to prevent employees from viewing their offices including adding blinds which were always shut.

Their public social media posts aligned with their actions at Northwell. Mr. Li interacted with a post on social media involving an Asian Bridges BERG event, to highlight Asian experiences at Northwell, replying that the speaker of the event had "lit the spark in us to continue the movement for the next 5 years and more". It's not clear what the "movement" he was referencing was when this event was meant to share stories of experiences. Mr. Oomen retweeted a post that was titled "Dear White People" with instructions on how White people can change their behavior. This was quickly taken down by him. Screenshots of these posts are available in the facts of my case.

While Mrs. Syeda and Mr. Li were connected to the department due to their position, Mr Oomen has a connection other than his involvement as the Head of Human Resources. His wife, Shiny Oomen, is a currently employed pharmacist at LIJVS hospital and made it known to staff that she was wanting a 7am-3pm shift. She often mentioned her husband's position during conversations. When one of the previously mentioned older pharmacists was terminated working that same 7am-3pm shift- she filled this open position. She was ineligible because the Union stated she was not entitled to this position due to a recent shift change, it is clear her husband had a part to play.

I was bullied and harassed by management; they created falsehoods with staff involvement and exaggerations to portray me negatively and tarnish my previous stellar reviews.

Examples of these falsehoods and issues were, but not limited to:

- Accusing me of missing an extra shift that was not listed on my schedule
- Accusing me of abandoning the pharmacy when I was fulfilling a role assigned to my shift: I was in the operating room counting narcotics with a nurse
- A technician accused me of having a negative tone with her
- Accusing me of telling a fellow pharmacist that it was "stupid" for working so many shifts in a row.
- Being yelled at Ekaterina Syeda during what should have been a regular phone call.

- Accused of causing a patient care issue when it was caused by a system failure not resolved by management- the unit dose machine was broken for weeks and I had to find a quick solution to help a patient in need

Most of these investigations went to Northwell ACC, a corporate division of Human Resources which gives guidance rather than executing employment decisions, in hopes to build a case to terminate me. I had to defend myself against each falsehood that they created and embellished with the help of their favored employees. I received 2 written warnings during these years. The only other pharmacists that received written warnings during this time were other older pharmacists as well.

Meetings with management became more frequent and expected although I had never had such meetings with previous managers. During one such meeting with management, my Weingarten Rights were violated: I was told to ask a Delegate to join the meeting with only 45 minutes notice and they refused to allow me to contact my preferred delegate.

While I became a target, I worked in a hostile work environment which management enabled technicians and aforementioned newly hired Pharmacists at the detriment of the department and patient safety. What these pharmacists and technicians did were not addressed regardless of the severity because they were valued by management.

These violations included, but not limited to:
- Arriving late consistently causing delays to previous shifts
- Being on their phones during their shift
- Not delivering urgent medications delaying patient care
- Medication errors, a severe offense which should require swift action to prevent future events
- Losing narcotics, another severe offense
- Violating HIPPA by logging into Northwell's records from another hospital system's computer
- Not checking Pyxix medications that were being delivered to the units that finally was addressed by Northwell Corporate because Corporate discovered that there were many expired meds in every unit's Pyxix machine.

Due to the harassment and unfair treatment I endured over those 3 years, I started to experience medical effects. I started to have severe migraines and developed depression; both conditions are being medically treated. Directly following my 2 written warnings, I had 2 bowel obstructions requiring major surgery each time. The stress and embarrassment I endured caused me constant vomiting which triggered health concerns that were previously under control, causing the obstructions.

Finally, I resigned under duress on May 11th on the eve of being fired. I was called in on May 12th for another investigation and the meeting was scheduled in a conference room in the hospital known for terminating employees. I was being targeted again and I could not predict what was concocted this time. I felt I had no other choice except to resign because I believed I was being set up for termination due to another falsehood or embellishment. I received my Union Cobra benefits and the paperwork stated that I was terminated although I had resigned. I was afraid that my license would be in jeopardy if I was terminated.

◄ Google

←                                              • • •

 **Jerry Won** · 3rd+                    **+ Follow**
Personal Branding & Storytelling Exper...
View my newsletter
1yr · 🌐

Big thanks to **Northwell Health** and their Asian Bridges
BERG for hosting me for a keynote on storytelling and
the Asian American experience yesterday at their HQ on
Long Island.

Special thanks to **Isabella Park, DO HEC-C FAAHPM,
Jason Li, PharmD, BCPS, BCIDP, Anne Behk, Lisa N.,
Emmelyn K., Jean Koh**, and the rest of the Northwell
BERG team for entrusting me with this great honor.

My favorite part of the event was when **Jeremiah Mallari**
felt inspired to come to the stage to share his spoken
word about this experiences and perspectives. His
words were powerful and the perfect way to end the
event filled with stories and empowerment.

Grateful to have partners like Northwell to prioritize and
invest in their Asian American employees and our
community. This one was extra special given my family's
deep connection to healthcare.

Let these moment not end when the event concludes,
but rather a spark to further continue the conversation
during and especially beyond May.



   Leave your thoughts here...

                                
Home          Video      My Network  Notifications      Jobs


◀ Google



+1

 63                    6 comments · 1 repost

👍 Like        💬 Comment        🔁 Repost        ✈ Send

       ···

Most relevant ▼

 **Jason Li PharmD, MBA** · 2nd                1y ···
Director of Pharmacy - Long Island Jewish Valley...

Jerry Won Thank you so much for an amazing keynote speech! We've received overwhelmingly positive feedback from our colleagues who all felt inspired and empowered, myself included. You definitely lit the spark in us to continue the movement for the next 5 years and more!

Like    Reply

*Pharmacy Director*

**Lisa N.** · 3rd+                1y ···
Strategy + Operations + Clinical Integration | Cen...

Thank you for coming, for sharing your stories with us, and for empowering, inspiring and motivating us to share our own and be who we are, Jerry! The data was especially compelling and revealing. Lots to continue to think about

     Leave your thoughts here...          @

                                
Home          Video      My Network  Notifications      Jobs

**11:18**

< · **July 12, 2020**    **All Photos**    ...
11:45 PM

ıll Sprint Wi-Fi 🛜    11:45 PM    🔻 10%

🔒 mobile.twitter.com — Private

🐦    🔍 Search Twitter    ooo

Log in    Sign up

'lowing    **27** Followers

ts    **Tweets & replies**    **Media**    **Likes**

**Shane Oommen** @that516guy · Jun 2    ⌄
Amazing video 🙏

*Director of Human Resources*

🏈 **Emmanuel Acho** ✓ @Emma... · Jun 1
Dear white people,
For days you've asked me what you can
do to help. I've finally found an answer.

Let your guard down and listen.



9:27    8M views

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br><br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other Information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s): |
|---|---|---|

| | EEOC only | ~~and EEOC~~ |
|---|---|---|
| | *State or local Agency, if any* | |

| Name (Indicate Mr., Ms., Mrs.)<br>Ms. Gayle Cunningham | Home Phone (incl. Area Code)<br>(516) 859-4069 | Date of Birth |
|---|---|---|

| Street Address<br>2503 Farmers Avenue, Bellmore, New York 11710 | City, State and ZIP Code | |
|---|---|---|

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two are named, list under PARTICULARS below.)

| Name<br>Long Island Jewish Valley Stream / Northwell Health | No. Employees, Members<br>1,000+ | Phone No. (Incl. Area Code)<br>(516) 256-9000 |
|---|---|---|
| Street Address<br>900 Franklin Avenue, Valley Stream, New York 11580 | City, State and ZIP Code | |
| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
| Street Address | City, State and ZIP Code | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☒ NATIONAL ORIGIN
☐ RETALIATION ☒ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 2/1/2023   Latest: Currently

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

See attached statement.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.<br><br>I declare under penalty of perjury that the above is true and correct. | NOTARY – When necessary for State or Local Agency Requirements<br><br>I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
|---|---|
| Date: 4/11/23    *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

**Gayle Cunningham EEOC Charge**

I am 55 years old. I have spent virtually my entire career as a pharmacist in the hospital pharmacy at Northwell -- LIJ Valley Stream Hospital ("the Pharmacy")("the Hospital"). I started there, fresh out of pharmacy school at St. John's University, in 1990. For most of the last 16 years, I have worked on the overnight shift from 11 p.m. to 7 a.m. In thirty two years in the Pharmacy, I have never had a single disciplinary warning -- until now. I am the third older, long term employee to suddenly be disciplined over a trivial matter, while other employees commit more serious violations of Northwell rules and are not disciplined. A group of younger pharmacy employees act as witnesses to false charges against older employees to prop up management's unfair treatment of them.

I am now afraid that I will be receiving another false and arbitrary warning and will be terminated, as has already happened to a long term valued Pharmacy employee.

## The Distinct Role of a Hospital Pharmacist

The job of a hospital pharmacist is much more demanding and stressful than that of a pharmacist in a drug store. We review orders for medication written by doctors -- including for patients receiving emergency room treatment or in intensive care -- to make sure that the medication and dosage are appropriate in view of the medical history of the particular patient so that it will not hurt them. We have a clean room for use in preparing intravenous solutions, which we deliver to the nurses and doctors to administer. The Hospital's current practice of pushing out experienced, time tested senior pharmacists in favor of newly minted pharmacy school graduates with little or no experience, makes no medical sense. It poses risks to patient care, especially those in extreme distress.

## Background

My long term excellent relationship with the Hospital began to change in or about 2021, when Shamsul Islam and Ekaterina Syeda became the Director and Manager of the pharmacy.[1] The Pharmacy operates 24 hours per day, seven days per week all year long. My troubles started when I moved from the overnight shift to the evening shift about two years ago. A group of the younger employees who work in the pharmacy together are socially close and support each other. I do not know their precise ethnic background, but almost all of them speak Urdu, which I understand to be a language spoken in Pakistan and India. Many in this group are friends from pharmacy school at St. Johns University.

---

[1] Mr. Islam left the Pharmacy and the Hospital in or about March 2023, and to my knowledge has not been heard from since. It seems likely that Ms. Syeda will be given his position as director of the pharmacy and that the unequal treatment of older pharmacists will continue.

Gayle Cunningham – Attachment to Charge
Page 2

These younger employees have backed each other up in making disciplinary complaints and allegations against long time employees, perhaps to force out older employees and open up positions (and favorable shift assignments) that their friends, typically younger pharmacists and new pharmacy school graduates, can fill. These allegations then have been used to support disciplinary actions taken by Mr. Islam and Ms. Syeda. These young colleagues include Karan Vyas, Kezia Jacobs, JoyAnne MacCarthur, Amina Haque, Mah Noor, and Shane Persaud.

### Differential Disciplinary Standards

On February 1, 2023, I was called into Ms. Syeda's office with no warning and told to bring a union delegate within 45 minutes. She proceeded to read off a list of accusations from Shane Persaud, one of the young pharmacists. Mr. Persaud has a close relationship with Ms. Syeda. The accusations were no more than snippets of conversations and emails that *dated back many months before* and were taken completely out of context. I was asked "Do you ever leave Shane alone in the department?" "Do you bring up your seniority?"[2] "Did you ever say 'quality vs quantity'?" "Did you ever call Shane 'whale shit'?" "Why did you cc Shane on the email you sent to me?" I tried to explain myself, but Ms. Syeda would not hear any of it. It was clear that Mr. Persaud had conjured up allegations and then his friends had agreed to support them.

Most disturbing was the claim that I had referred to Mr. Persaud as "whale shit" -- in a conversation that had taken place many months before. I have never, and would never, refer to a co-worker in a pejorative manner. I had used the term months before in recounting a remark that someone had made in the Pharmacy years ago when I was a new employee. Nicolette Cohen, a pharmacotherapy specialist, who had personally heard the conversation at issue, explained to Ms. Syeda that the allegation that I had addressed Mr. Persaud in that manner was totally untrue. Ms. Cohen recalled that Mr. Persaud was laughing hysterically during the conversation and did not believe that any pejorative term was directed at him. Ms. Syeda disregarded Ms. Cohen's account of what had occurred.[3]

Younger staff in the Pharmacy have engaged in conduct far worse, and even though it was reported to management, no disciplinary action was taken against them. I believe that I am being targeted because of my age because of a desire to create open positions for the young interns who will be graduating school, taking their boards, and need jobs.

---

[2] Apparently it was deemed offensive for a senior employee to mention their seniority to a more junior employee. In fact I had never done so. In fact Mr. Persaud who brought up the subject repeatedly to me, saying "I'm number 17, can you sprinkle some of your seniority on me?" But Ms. Syeda has no interest in these facts.

[3] One item in the warning notice was that I had missed a shift. That was true. It was the first shift I had missed in thirty two years. I had been working a series of double shifts at the time, and this one particular shift had been mistakenly left off the printed schedule. Significantly, other employees have not been disciplined for missing shifts with no explanation.

Gayle Cunningham – Attachment to Charge
Page 3

Discrimination is when different standards are applied to different groups of people in contrast to my being formally disciplined for missing one shift under the circumstances described above:

1.  Two other employees (whose names I can provide), missed scheduled shifts and were not disciplined by Ms. Syeda.

2.  One pharmacist on the evening shift regularly reports to work late. I believe that management has altered her timecards so that she would be paid for the first half hour even on the dates that she was late. It then moved back the start time of the shift from 3 pm to 3:30 pm -- only on days that this particular employee was scheduled to work.

3.  Another employee, who is friendly with the younger favored employees, (having previously worked with a couple of them at South Nassau Hospital), calls out sick almost every week and nothing ever happens. I believe that management has been altering that employee's time cards to hide this obvious absenteeism problem.

4.  A few weeks ago Ms. Syeda told one of the younger favored pharmacists that she is only entitled to a 15 minute break when she works a five hour shift. The pharmacist was annoyed by this, and she continued to take either a 45 minute or a full hour break on her next two work days. This was reported to Ms. Syeda. It seems that the resolution was that the young pharmacist was permitted to return the "stolen time" by taking shorter breaks on subsequent shifts, and was not disciplined for what she had done.

In contrast to my being disciplined for a hodge podge of different remarks made months before, and falsely claiming that the use of the term "whale shit" had personally offended Mr. Persaud:

5.  In November 2021 a white employee hung several pictures inside the locker of a black co-worker. The images were of a black hand with the middle finger up. To make matters worse, he did this in the presence of a St. John's University pharmacy student who was interning with us. I later personally apologized to the student and told him that this is inappropriate behavior and not acceptable at our Pharmacy. I reported the incident to Ms. Syeda in a text message, the receipt of which she acknowledged. But when I followed up a few days later with her, she claimed to have no recollection of my text message. I then spoke with Mr. Islam about the incident. To my surprise he told me in substance that there was no need to look into the matter. To my knowledge the matter was ignored and management took no action.

6.  In October 2022, Mr. Persaud was witnessed completing an "Employee Engagement Survey" in the name of, and on behalf of, a different employee. During the same shift, he looked up the medical chart of a hospital patient who had undergone cranial bleeding, out of curiosity, unrelated to his own work, just to see how the patient had fared. This conduct, which he has likely engaged in on other occasions, is a violation of HIPPA. It was reported to management and never addressed.

Gayle Cunningham – Attachment to Charge
Page 4

## Other Older Pharmacists Discriminated Against

I am the third older worker to be arbitrarily disciplined in recent months. Most egregiously, Mathew Goldstein, a twenty year employee of the Pharmacy with a good record, was fired based on allegations that he was making the younger East Asian women in the Pharmacy "uncomfortable", essentially by being friendly and courteous with them. The Hospital claimed that he had violated its sexual harassment policy, despite the absence of any speech or conduct by him that could possibly constitute sexual harassment. The fact that the young women did not want him around was good enough to cause the termination of a twenty year pharmacist. He was not warned or given any progressive discipline. Mr. Goldstein's coveted day shift position was taken by Shiny Oommen, who is the wife of Shane Oommen, the Hospital's director of human resources.

Jin Sohn, a 75 year old pharmacist with eighteen years seniority, was given a written warning on November 18, 2022 allegedly for delayed processing of a prescription. Another younger pharmacist was working with Sohn and did not get a written warning. They were working on the prescription at the end of their shift and apparently it was not handed off smoothly to the pharmacists on the next shift. As it happens the prescription was withdrawn by the doctor about a half hour after it was originally submitted. It was strange that an experienced pharmacist would be disciplined for a 30 minute delay in approving an erroneous prescription. This sort of operational issue is not normally treated as a disciplinary matter. In any case, only the older pharmacist received a written warning.

If after thirty years of exemplary good service I am subject to arbitrary written warnings with no basis in fact, if experienced pharmacists are being fired to make room for younger pharmacists, and if the Hospital supports this discriminatory management, I am afraid that I will lose my job for absolutely no reason, because of my age, and as described above, my ethnicity.

## ##

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

New York District Office
33 Whitehall St, 5th Floor
New York, NY 10004
(929) 506-5270
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 04/07/2026

**To:** Gayle Cunningham
2503 Farmers avenue
Bellmore, NY 11710
Charge No: 520-2023-04055

EEOC Representative and email:    MICHELL CHANGQUI
INVESTIGATOR
MICHELL.CHANGQUI@EEOC.GOV

---

### DETERMINATION AND NOTICE OF RIGHTS

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 520-2023-04055.

On behalf of the Commission,

Digitally Signed By:Arlean Nieto
04/07/2026
Arlean Nieto
Acting District Director

**Cc:**
Kathleen O'Grady
Northwell Health Long Island Jewish Valley Stream c/o Littler Mendelson, P.C.
2301 MCGEE ST STE 800
Kansas City, MO 64108

Mark D Risk Esq.
Mark Risk, P.C.  Law Office
60 East 42nd Street Suite 4700
NEW YORK, NY 10165


Please retain this Notice for your records.

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* EEOC's official notice of dismissal.** You should **keep a record of the date you received EEOC's official notice of dismissal.** Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving EEOC's official notice of dismissal (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA, or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of your receipt of EEOC's official notice of dismissal and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of EEOC's official notice of dismissal, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method).  You may also submit a

Enclosure with EEOC Notice of Closure and Rights (05/25)

FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number 520-2023-04055 to the District Director at Arlean Nieto, 33 Whitehall St 5th Floor, New York, NY 10004.

**To make a Section 83 request for your charge file**, submit a signed written request stating it is a "Section 83 Request" for Charge Number 520-2023-04055 to the District Director at Arlean Nieto, 33 Whitehall St 5th Floor, New York, NY 10004.

You may request the charge file up to 90 days after receiving EEOC's official notice of dismissal. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section-83-disclosure-information-charge-files.

## Meeting/Management Retaliation

Cunningham, Gayle <GCunningh@northwell.edu>
Thu 2/2/2023 12:43 AM
To:Pando, Terry <TPando@northwell.edu>

Hi Terry
I would like to meet with you because I feel that my job and my integrity are being threatened. Ekaterina told me to meet with her yesterday and to bring a delegate with a 30 minute warning. She proceeded to read off a list of statements and quotes from Shane Persaud that were exaggerated and taken out context. Ekaterina is holding me to a different standard while she allows other 3-11 staff get away with everything. Deshawn and JoyAnne are always on their phones or the internet all night and rarely help answer phone call from nurses. Dawn calls out practically every week. Jeanine is rarely on time and sits in the break room doing arts and crafts decorating the Pharamcy window while the order board is full. And she keeps a calendar of Ekaterina's days off – she took off approximately 45 days not including vacation last year but you can ask Jeanine for the calendar Shane goes on a pretzel run for Jeanine and was gone for almost 40 minutes and then took his full break all during his probation period. Jeanine tried to get Nicolette to leave and take a break so she wouldn't see what's going on. Thank goodness she didn't leave because a massive bleed and DKA came into ER & Jeanine would not have been able to handle it alone and this would have been a sentinel event .
It gets reported to Ekaterina that the technicians have a lot of down time so what does she do?  She tells them to work slower. This is such a disrespect to the pharmacists by this management.
I have reported to Shamsul that Shane didn't take the surveys seriously and violated HIPPA and nothing happened. I guess Dawn was right when she said to Shane on 8/19 @ 9pm " you won't ever get fired, you're a little brownie " and Shane agreed.
Shane is always in Ekaterina's office. He has become the new Albert only more ruthless. I actually had a tech who has hung out with Shane tell me " you're laughing now but you'll be crying later " referring to a conversation he must have had her.
I feel I am being retaliated against for the grievance I wrote for Jin Sohn's written discipline for an order that was discontinued. This isn't the first time I've been retaliated against by this management and I can't go to HR because there is a conflict of interest with Shane Oomen. Shane Persaud has said to me numerous time. " I want your position " and " I will not stay here if Karan doesn't get a job". And I find that threatening.
These are just some of the reasons I am requesting to meet with you.
Thank you
Gayle Cunningham
1199 Delegate
516 859-4069

 Outlook

LIJVS Pharmacy/Shane Oomen

From Cunningham, Gayle <GCunningh@northwell.edu>
Date Tue 3/7/2023 12:55 PM
To    Carrington, Maxine <MCarrington@northwell.edu>

Hi Mrs Carrington,
      3/7/23

I am emailing you because I wanted to make you aware of a pattern of behavior that is both egregious as well as a conflict of interest within the LIJVS Pharmacy Department.

There have been 3 nefarious disciplines given to seasoned pharmacists who all happen to be over 50 years of of age. All have been within the past 3+1/2 months and I myself have been included. Yesterday 3/6/23 I was called into Ekaterina Syeda's office to receive a discipline for something that was totally taken out of context and was in my opinion part of a witch hunt created by Ekaterina against me. The pharmacist who reported the incident and his "witnesses" were all laughing at the time during out conversation about something that was said in the past in this department. There is a young group of friends who went college or worked together at another hospital whose behavior here is tolerated if not encouraged by Ekaterina. They take extended breaks, sit around doing nothing , come in late, are disruptively loud and disrespectful to nurses. They hang up the phone and say that nurses are all liars. This behavior has been reported to Ekaterina Syeda as well as Shamsul Islam and nothing has every been addressed except I did hear one tech tell another that Ekaterina told him to work slower and look busy.
                    -10/21/22 Shane Persaud was witnessed taking another employees Engagement Survey for them and also violated HIPPA that same    night by looking up a patient who received KCentra to see their  status. This was reported to Shamsul and never addressed. Shane also likes to pull up patients in the computer when he hears a code or rapid  response to be nosy.

Jeanine DiFiore has been consistently late for her 3-11 shift for the past few years. She stated that she will not leave her home early just to look for parking. Management changed her shift to 3:30-11:30 to accommodate her and stated it was operational. This was done only on her days to work and no one else and actually affects the workflow negatively.

Albert Berganinni  on 11/25/21 hung 4-5 pictures attached to each other of a black hand with the middle finger up in Darryl Ward's locker. He did this if front of a St John's student. I later apologized to the student and told him that this is inappropriate behavior and was wrong for him to see it. I reported the incident to Ekaterina in a text (who responded to me at the time) and when I followed up a few days later she pretended not to know anything about my text.

One of the biggest conflict of interest for this department is that one of our pharmacists -Shiny Oomen is married to the head of our Human Resources -Shane Oomen.  Shiny uses this to her advantage by asking interns who will be graduating this spring for their resumes for pharmacist positions that are not available. She tells them that she will give them to her husband. Or she gets preferential treatment for herself.

There was a recent posting for a pharmacist for a shift 1 position. Shiny and an overnight pharmacist Ali applied. I was told that Ali got the position even though Shiny had more seniority because of a union rule not allowing more than 1 shift change per 12 month period. When the schedule was posted Shiny was in the 7-3 position and Ali was going to get her 9-5 vacated position.  Shane Oomen obviously used his influence as the HR directer of LIJVS  to change her position to 7-3. I asked Ali and he said he was ok with working 9-5. So basically they switched shifts which is not allowed. There was only 1 position posted so how were 2 lateral changes made within the department. Shiny 9-5 to 7-3 and Ali 11-7 to 9-5 without the second position being posted.

I also would like to mention that as an 1199 delegate I have had grievances denied by Threesha Barua who is under Shane Oomen or I am told to rewrite them so they can be acceptable so as to protect this management who is abusive, discriminatory and libels pharmacists.This is why I am reaching out to you today.

Mrs Carrington I would greatly appreciate if you or someone from your office would contact me for further discussions about what is happening within the Pharmacy Department at LIJVS.

Thank you
Gayle Cunningham RPh 1199 Delegate
516 859- 4069

**Fw: JoyAnne's Atrocious Misconduct**

From Cunningham, Gayle <GCunningh@northwell.edu>

Date Thu 1/11/2024 11:14 AM

To   kimberly.Alier@1199.org <kimberly.Alier@1199.org>

This is why I need a delegate for "patient care" JoyAnne is part of the group that went after me a year ago.  They don't like the union and and bad mouth the union whenever they get a chance. JoyAnne is constantly laughing in the department and is very disruptive. I feel like Nicolette and I work in a war zone. Or as John has said when he comes in to clean that it's a Soviet Spy Camp. They bait all the time

**From:** Cunningham, Gayle

**Sent:** Friday, December 29, 2023 12:57 AM

**To:** Li, Jason <jli6@northwell.edu>

**Subject:** JoyAnne's Atrocious Misconduct

Hi Jason,

JoyAnne was totally insubordinate last night. She took a call and mumbled verify medication for 286W. No mention of patient or medication name to further speed the process. I see 286w on board with a Melatonin order which turned out to be 5 mg, I teamed the PA to change it to 3 mg. In the meantime, apparently Joanne got another phone call from the unit and very rudely said verify Haloperidol ... THIS IS THE SECOND TIME I'M TELLING YOU. The first call she never mentioned a drug and I had originally seen melatonin on the board. I told her there is a problem with it and she didn't seem to care. I made a comment that I can't just right click verify and she said I know you're talking about me.  She just wouldn't stop and was looking for a fight as usual. The PA ordered Haloperidol IVP and the patient had an arrhythmia. I find it interesting that Shane was next to her but  she's yelling at me. This was at 9:40PM.

Then at 9:52 Dr Bania called and asked me to calculate a Vancomycin dose for a patient and JoyAnne saw someone go by in the hallway and was laughing and having a loud conversation with him. I actually had to say please keep it down I'm on the phone with a doctor. Dr Bania seemed annoyed because of the noise and told me to team him the dose ( I have the teams to show you)

Interestingly enough, Mitsy comes into pharmacy at around 10:10 and  at 10:15 with her last Pyxis  run  stands at exit door and  tells JoyAnne to come with her ( you can see on the cameras). JoyAnne didn't tell anyone and just left her position abandoned with no tech. Either Shane or JoyAnne alerted Mitsy .  And there was no need for Mitsy to get involved. JoyAnne didn't return til 10:25

The previous management created this hostile and immature environment and I know you had to unfortunately inherit it..  I am not going to let a technician tell me how to practice pharmacy, cause me to loose my license or even worse a patient may loose their life. The bating

and trying to cause unnecessary aggravation is jeopardizing the mission of the pharmacy. We have certain pharmacists and technicians that are not here for the right reasons . I am kindly requesting your intervention

Thank you

Gayle

100 Duffy Ave Suite 300W
Hicksville, NY 11803
Cell: (917) 280-5045
Office: (516) 465-4256
Fax: (516) 542-0918
Email: Kimberly.Alier@1199.org

"A little consideration, a little thought for others, makes all the difference" -Winnie the Pooh

On Jan 11, 2024, at 10:59 AM, Cunningham, Gayle <GCunningh@northwell.edu> wrote:

You don't often get email from gcunningh@northwell.edu. Learn why this is important

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Carmen and Kimberly,
Yesterday, 1/10/24 I was off the clock, coming back from a Union meeting when Ekaterina asked me to meet with her about my email from December about patient care. She asked if I wanted to add anything to my email. She told me I can bring a delegate and refused to let me use Nicolette - the delegate of my choice who was also a witness to what occurred to me. I had to scramble all over the hospital and couldn't find another delegate so I rescheduled for Friday. I felt humiliated as a delegate for 1199 and this is not the first time this has been done to me.
Thank you
Gayle Cunningham
1199 Delegate
The information contained in this electronic e-mail transmission and any attachments are intended only for the use of the individual or entity to whom or to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient, or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that any dissemination, distribution, copying or disclosure of this communication and any attachment is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by telephone and electronic mail, and delete the original communication and any attachment from any computer, server or other electronic recording or storage device or

(4)

Case 2:26-cv-03727-OEM-LGD    Document 1    Filed 06/22/26    Page 28 of 60 PageID #: 28

## Outlook

**Re: Harassment**

From Macaluso, Carmen E <cmacaluso1@northwell.edu>

Date Thu 1/11/2024 8:06 PM

To    Kimberly Alier <KIMBERLY.ALIER@1199.ORG>; Cunningham, Gayle <GCunningh@northwell.edu>

Good evening- I have not had an opportunity to look into - but I will .

Get Outlook for iOS

**From:** Kimberly Alier <KIMBERLY.ALIER@1199.ORG>
**Sent:** Thursday, January 11, 2024 5:48 PM
**To:** Cunningham, Gayle
**Cc:** Macaluso, Carmen E
**Subject:** [EXTERNAL] Re: Harassment

*External Email. Do not click links or open attachments unless you trust the sender and content. Report suspicious emails using Report Phishing button or forward email to phish@northwell.edu*

Hello Gayle,

I am very sorry that you had to deal with that. If you are off the clock your manager should not be asking to speak to you unless she says you could clock in and also ask if you are willing and able to speak at that moment. I am also concerned that you were told you were not able to choose who you wanted to represent you. Thank you for assign Carmen to this email.

Carmen can you please look into this matter for me and also explain to Ekaterina that she is not allowed to tell anyone no to when they ask for a delegate. I believe that Gayle was in the building for a delegates meeting when this occurred.

Kimberly Alier
Organizer
1199SEIU-UHWE

 Outlook

## Delegates requesting for advice

From Cunningham, Gayle <GCunningh@northwell.edu>

Date Mon 5/6/2024 12:46 AM

To    Pando, Terry <TPando@northwell.edu>; Tan, Jason <JTan@northwell.edu>

Cc    Cohen, Nicolette T <Ncohen@northwell.edu>

Hi Jason and Terry,

Nicolette and I wanted to meet with you because we have some serious concerns for the department since Ekaterina's return. For 6-7 weeks while under Jason's supervision alone it was a quiet and a more harmonious atmosphere. Now there is so much tension and everyone does not look happy.

The end of January,  Jason called me in with a delegate over something absolutely ridiculous. ( He notified  me while I was gowning up, preparing to go into the hazardous IV room) This went nowhere since it was again Shane trying to stir up problems for me and I had my own documentation to squash it. .

Nicolette was recently called in because Jason claimed that somebody outside the pharmacy ( thru the black tinted window apparently) reported to him that Nicolette was verifying less orders than other evening pharmacists during the first quarter of this year. She verified 4400 orders vs 5000-8000 in the 15 days she was order entry. He did not show us any evidence of this from a computer program. Only something that looked like an Excel sheet that he created. He later called her in and gave her a coaching and when we asked, what  is your solution ? ...his answer was absolutely nothing. You're doing a great job. Keep doing what you're doing. Nowhere in the Union contract is it stated that a pharmacist has to produce a certain amount of order  verifications per month. If this target were put on pharmacist, then this could lead to pharmacists competing for orders just to increase their order verifications which could be detrimental to patient care.

And now recently, with  termination of Jeanine , a full-time 3-11  pharmacist. It seems that the 3-11PM women pharmacists over 40 are on the director's radar.

Jason most recently spoke with Nicolette (I was present) about converting a 3 to 11 full-time pharmacist to a 9 to 5 position. He said that this position would be a unit based  pharmacist  and that since she was the most senior and had her BCPS she was being offered it first. She was given the week of her vacation and had to respond by 4/26. He told her if he didn't get a reply,  he would give it to the next full-time 3 to 11 pharmacist. He stated that he had to start it by the end of May because HIS BOSS IS DEMANDING this deadline. Nicolette did not accept the 9-5 position because of financial reasons. Shane is the other 3 to 11 pharmacist who would be mandated to take the unit based position if Nicolette declined. And now Jason is saying that he cannot force Shane to take it because he is young.

Before Janine got terminated another part-time 3 to 11 pharmacist named Waqas applied  for a a full-time position at Mercy Hospital. Coincidentally in the  middle of his background check, he claimed that



he was backing out and told the supervisor at Mercy that a position at Valley Stream will be opening up very soon. This was told to us by a pharmacist that works at Mercy.

Of note.....I have been waiting for a full time position for months . Jason knows that when Janine's position gets posted that I would be interested. The schedule til end of June is out and no one has been converted to 9-5 and Janine's position has not been posted.

Recently the Union Organizers told me that Jason had made a comment about Nicolette which wasn't very nice. He really shouldn't  be talking about the Delegates or union members in a negative gossipy way to the Union Organizer. This is not team building.

In conclusion, we are concerned that phony disciplines are on the horizon and that this is an effort to make room for younger inexperienced pharmacists on the evening shift.

Thank you
Gayle Cunningham
1199 Delegate

 Outlook

**Delegate being called in again for questioning again**

**From** Cunningham, Gayle <GCunningh@northwell.edu>
**Date** Wed 1/29/2025 1:25 PM
**To** Tan, Jason <JTan@northwell.edu>
**Cc** O'Neill, Kate <KEnright@northwell.edu>

Hi Jason and Kate,
Yesterday I witnessed Nicolette humiliated in front of the department by Ekaterina who pulled from her work station into the break room and told her she had one hour to find a delegate. Now I'm being called in by Jason Li who allows technicians on 3-11 to ignore nurses requests. He is aware of the delay of care that 3-11 walks into by the day pharmacists up to and including CCU/ICU orders. Just the other day there were orders with 3 hour delays.
If it wasn't for Nicolette and me on the 3-11 shift it would be one big party in the department. We are the only admin the room.
This is to get the older evening shift women out (including Jeanine DiFiore)  This  is ageism!! And we very rarely see Jason or Ekaterina in the department.
Nicolette and I kindly request a  meeting with you both.
Thank you
Gayle Cunningham
1199 Delegate

4

**From:** Cunningham, Gayle
**Sent:** Thursday, January 30, 2025 8:26 AM
**To:** Tan, Jason <JTan@northwell.edu>
**Cc:** O'Neill, Kate <KEnright@northwell.edu>
**Subject:** 1/28/25 investigation

Hi Jason and Kate,

We have a very serious problem with Ekaterina Syeda and Jason Li. After coming home last night and doing some research, I found the schedule from 12/19/24 which was the day of the annual LIJVS Holiday Party in the cafeteria and the  day I was questioned about leaving a pharmacist alone and making Lantus syringes at 7pm and not 5:30pm (Lantus syringes are administered at 10pm and 8 am) I believe Nicolette was also questioned about that day too. Nicolette and I took turns to get food and a per diem , Kezia came in at 7:30pm. Sometime after Kezia came in, the OR nurse called for a pharmacist to come up to the OR narcotic count of all the Pyxis machines. We had Kezia go up because Nicolette was in the IVroom and the order board was full. Kezia came back downstairs right away because she didn't have narcotic access as some perdiems don't. I went up to OR and Nicolette was still in the IV room. We are always on standby for the OR This count on average takes approximately 40 minutes.

I have a copy of the schedule and welcome senior leadership to

look at cameras. But I'm sure that's why they waited 7 weeks in hopes that the cameras are erased.

Ekaterina and Jason PURPOSELY left out information during their questioning to make it seem that we left a pharmacist alone when in fact we were doing exactly what we were supposed to do. These two are abusing their power and allowing technicians to report false accusations. This is harassment and persecution. If this were any other pharmacists in the department this investigation never would not have happened because Ekaterina and Jason are biased and ageist and creating a liability for the Northwell System.

Thank you

Gayle Cunningham

1199 Delegate

The information contained in this electronic e-mail transmission and any attachments are intended only for the use of the individual or entity to whom or to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient, or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that any dissemination, distribution, copying or disclosure of this communication and any attachment is strictly prohibited. If you

 You forwarded this message on Wed 3/19/2025 8:52 AM

 **Cunningham, Gayle**    •••

To: Tan, Jason;  O'Neill, Kate

Thu 2/6/2025 12:58 AM

Hi Jason and Kate,

I just came home and am still frustrated about what transpired in the Pharamcy regarding a critical patient who needed Desmopressin IVPB . A stat order was entered, verified within 3 minutes and compounded soon after. Jordan, a new pharmacist put the compounded IV bag in the ER bin. Nicolette and I agreed that a technician needs to run it over to ER since the patient would probably be transferred and every minute counts when it comes to a critically ill patient. There were 3 technicians in the front of the pharmacy and could hear me say " Can a technician please take this to the ER right away it's for a brain bleed". JoyAnn was on her phone and did not look up, Rodney was a few feet away and did not respond and Mitsy ignored me. Jordan was waiting for their response as well and realized no one was going, so he took it to the ED.
Unfortunately Jordan came back and said the patient was transferred.
Jason and Ekaterina are enabling this behavior on the 3-11 shift. This is not the first time this has happened.

I have worked the overnight shift for 16 years and the day shift for 14 years before switching to the 3-11 shift. I have never had a technician behave this way before. They are always eager to help. These problems on the 3-11 shift started under Ekaterina and Jason knows about them and does nothing.
Thank you
Gayle Cunningham

↩ ∨    Reply



Week of 02.03.2025

**<u>Communication Expectations:</u>**

Team members must always have clear and direct communication with other team members both inside and outside of the department. At no point should any team member be referring to each other simply by job titles without clarity. All work-related communication should be directed to each other by **name.**

External Communication: Phone calls - All pharmacy staff must introduce themselves by **name** and **title** when answering phone calls. Likewise, you should always know who you are speaking to on the phone as well.

Internal communications - All communication between pharmacy team members must be directed by name when working together.

Unacceptable: "Some nurse needs a pharmacist to answer the phone"
Acceptable: "Jason, there is a nurse Kate on the phone looking for a pharmacist. Could you please answer the phone"


Unacceptable: "I need a tech to deliver this med stat"
Acceptable: "Derwin, this medication needs to be delivered stat to the ICU bed 5. Could you please deliver it?"


Emergency Department Construction

- Estimated time of completion is ~April 2025
- Previous ED hold (Unit 1C) is going to transfer to unit 1D
- Unit 1C will be transitioned to PACU

**IV Room update**

- Engineering to come **5pm to 10pm** on **2/11/2025** to fix leaks and other issues identified in the EOC rounds

Scheduling update

- As indicated in previous emails/huddles, all scheduling requests should be emailed with Derwin, Krissia, and Dylan (temporary) CC'ed. Urgent requests (call outs) should be directed to Dylan and Jason.

Job Postings

- Please email any recommendations for the per diem pharmacist and full-time ED clinical pharmacist to Jason directly.
- Job board next to cafe will be transitioned to virtual format with QR code to be posted.



 **O'Neill, Kate**    • • •

To: Cunningham, Gayle;  Macaluso, Carmen E

Fri 3/28/2025 2:14 PM

Good afternoon Gayle,

As you are aware you have expressed some concerns in your e-mail dated January 30, 2025.  We scheduled time for Friday, March 28th at 3:30pm to discuss those concerns. You have declined to meet with me, stating that "uncomfortable discussing ageism due to the recent events in the pharmacy".

We take all complaints very seriously and have an obligation to investigate.  Your cooperation and input are extremely important.  As such, I am inviting you to contact me no later than April 4, 2025, to reschedule the meeting that you declined to attend that was scheduled for this afternoon.  If you do not contact me by April 4th, the investigation will proceed without further input from you, and you will be notified when the investigation has been completed.

Thank you,

**Kate B. O'Neill, MSN, RN**
Chief Nursing Officer
Associate Executive Director



↩ ⌄    Reply



 **Outlook**

## Meeting 3/28/25

**From** Cunningham, Gayle <GCunningh@northwell.edu>

**Date** Mon 3/24/2025 1:36 PM

**To** O'Neill, Kate <KEnright@northwell.edu>

Hi Kate,

I would like to cancel our meeting scheduled for Friday 3/28/24 as I am uncomfortable discussing ageism due to the recent events in the pharmacy.

Thanks

Gayle

Next pages are the 23 points of ageism I brought up to the CNO - Kate O'neill at our meeting



1- Albert Berganini put Black hands with middle finger up (5 of them) in Darryl Wards locker hanging one below each other. This was done in front of a St Johns student Ronald. I reported it to Ekaterina the next day in a text and texted Ronald also. When I spoke with Ekaterina she acted like she knew nothing about it . It went no where and Albert got promoted later that year to a manager position at Zucker   (A)

2-Jason  uses word younger a lot. St Patrick Day Banner 2024 " have the kids help  make the banner"

3- Shane ...Ekaterina Levaquin error Shane said Ekaterina wasn't concerned about the medication error but instead told him" they are out to get you"

4- Grandma emoji used on teams. Ekaterina did nothing about it until I reached out to Terry and then she mentioned it in the huddle recap weeks later    (B)

5-Jordan-Shane. "Who are we going to get out next". Like it's a game This is peoples lives. Nicolette and I have sons going to college this year.

6-Mitsy puts her finger in our face and raising her voice. We report it Jason - he said she had a bad day and made an excuse for her 3/8/24 teams message between Nicolette and Jason

7- Lillian (an older pharmacists) lost 1 Dilaudid Injection in the safe. Became a big investigation. I represented her. Ryan lost fentanyl (2-3) coming back from radiology and Jordan lost tramadol (17) and Jason makes it a huddle topic about checking the garbage in safe.  Also when Jordan wanted to waste a Dilaudid syringe that he said he broke, I told

that he has to email Jason and Ekaterina and he told me to "CHILL OUT". And he will waste it with Shane later.   (C)

8-Ryan text Jordan going to be late 2/9/25 but didn't call department

9- Jordan late 4/5. 4/19  4/20. 4/24 examples recently

10- Mark a tech who interviewed before Daniel got the job. Told one of our per diem pharmacists Vicki  ( who they recently terminated) that Ekaterina told him that there are too many older pharmacists here and that they need to leave and he was horrified

11- Nicolette and I got questioned about day of holiday party – abandoning Pharamcy and leaving Kezia alone …
I was in OR doing weekly Narcotic count with Betsy and Nicolette was in IV Room  Kezia "resigned " after that

12- Christina and Nicolette having conversation about Pediatric medication concentration error in Ante Room  7 weeks later gets questioned and video shows nothing to support the write up. He claimed delay of care when I was out front verifying orders

13-Amina being asked by a nurse in ICU/CCU for a Norepinephrine bag on 1/17/25 at approximately 2200. She never gave it to the tech and the nurse had to frantically run to the pharmacy because his patient's blood pressure was dropping. This was reported to Jason and he did nothing.

14-2 pharmacists  on the overnight shift last May were questioned about delay of KCentra for a patient who was bleeding and emergently needed to be transferred to Northshore . Jin verified the order, but Shah took too long to make the KCentra in the IV room. Unfortunately, the patient got transferred without the medication. The ER doctor was

Jordan was taken off 3-11 but I wasn't added to the schedule. (D)

21- Critical patient in ED needed Desmopressin. I asked can a technician take this to the ER right away - it's for a Brain bleed . All the techs ignored me and Jordan took it to the ER. Unfortunately the patient was transferred without medication.  When I reported it to Jason he turned it around on me that I should have called them by their names in a huddle recap. If this was Nicolette or me this would have gone to the ACC.   (E)

22- Ekaterina likes to take the young male pharmacists into her office with the door closed even when the pharmacy is busy on 3-11 shift. She sometimes keeps them in them in there for an hour once or twice a week. Albert was almost every day. Shane was twice a week

23- 2 perdiem and 2 full time pharmacists over 45 terminated within the last two years



8:41

◀ Google

←                                          • • •



**Jerry Won** · 3rd+                        **+ Follow**
Personal Branding & Storytelling Exper...
**View my newsletter**
1yr · 🌐

Big thanks to **Northwell Health** and their Asian Bridges
BERG for hosting me for a keynote on storytelling and
the Asian American experience yesterday at their HQ on
Long Island.

Special thanks to **Isabella Park, DO HEC-C FAAHPM**,
**Jason Li, PharmD, BCPS, BCIDP, Anne Behk, Lisa N.**,
**Emmelyn K., Jean Koh**, and the rest of the Northwell
BERG team for entrusting me with this great honor.

My favorite part of the event was when **Jeremiah Mallari**
felt inspired to come to the stage to share his spoken
word about this experiences and perspectives. His
words were powerful and the perfect way to end the
event filled with stories and empowerment.

Grateful to have partners like Northwell to prioritize and
invest in their Asian American employees and our
community. This one was extra special given my family's
deep connection to healthcare.

Let these moment not end when the event concludes,
but rather a spark to further continue the conversation
during and especially beyond May.



  Leave your thoughts here...        @

                   
Home        Video       My Network  Notifications       Jobs

◀ Google




+1

 63                6 comments  ·  1 repost

👍 Like        💬 Comment        🔁 Repost        ➤ Send

      

Most relevant ▼

 **Jason Li PharmD, MBA** · 2nd                1y  •••
Director of Pharmacy - Long Island Jewish Valley...

Jerry Won Thank you so much for an amazing keynote speech! We've received overwhelmingly positive feedback from our colleagues who all felt inspired and empowered, myself included. You definitely lit the spark in us to continue the movement for the next 5 years and more!

Like      Reply

*Jason Li Director of Pharmacy* (handwritten margin note)

Lisa N. · 3rd+                1y  •••
Strategy + Operations + Clinical Integration | Cen...

Thank you for coming, for sharing your stories with us, and for empowering, inspiring and motivating us to share our own and be who we are, Jerry! The data was especially compelling and revealing. Lots to continue to think about

Leave your thoughts here...                    @

🏠 Home        ▶ Video        👥 My Network        🔔 Notifications        💼 Jobs

**From:** Cunningham, Gayle
**Sent:** Sunday, May 11, 2025 9:21 PM
**To:** Macaluso, Carmen E <cmacaluso1@northwell.edu>
**Cc:** Tan, Jason <JTan@northwell.edu>
**Subject:** Resignation letter

Dear Carmen,

I am writing you to inform you of my immediate resignation as a staff pharmacist at LIJVS.

I switched from working the overnight shift for 16 years ( and day shift 14 years prior) with never having been called into management's office for an investigation. In 2021 I switched to the 3-11 shift and that's when all the harassment and targeting began. I have been called in with a delegate at least 10-15 times over the last four years. The most recent was 1/25 where I was accused of "abandonment " by leaving a pharmacist alone when it wasn't my break time. I was in the OR counting narcotics with the OR supervisor which we do weekly on the evening shift.

I am now being called in for another investigation on 5/13/25 which Jason Li will not tell me what it is about. I am finding it extremely challenging to perform as a pharmacist to the best of my abilities.This decision is not my choosing, as I am resigning

under duress. I feel I have no other choice given the circumstances. LIJVS pharmacy has become an unsafe work environment for me. The targeting, harassment, retaliation and ageism have physically and emotionally affected me over the past four years.

I will be in Monday 5/12/25 at 11AM to drop off my badge and pick up my registration from security.

Thank you,

Gayle Cunningham RPh



**MARK RISK, P.C.**
L A W    O F F I C E

MARK D. RISK

60 EAST 42ⁿᵈ STREET
47ᵀᴴ FLOOR
NEW YORK, NY 10165

(212) 682-4100
(212) 682-4775 (FAX)
EMAIL: **mdr@mrisklaw.com**

August 17, 2023

**Via Email and EEOC Portal**
*michell.changqui@EEOC.gov*
Michell Changqui
Federal Investigator, Enforcement
U.S. Equal Employment Opportunity Commission
New York District Office
33 Whitehall Street, 5th Floor
New York, New York 10004

> Re:   *Gayle Cunningham vs. Long Island Jewish Valley Stream/Northwell Health*
>        **Charge No.: 520-2023-04055**

Dear Investigator Changqui:

I represent Ms. Cunningham. We respond to Respondent Long Island Jewish Valley Stream Hospital's ("the Hospital") Position Statement dated June 23, 2023 ("Position Statement"). The evidence shows that Cunningham, who worked at the Hospital pharmacy ("the Pharmacy") for almost 33 years with zero disciplinary history, has been treated less fairly than her coworkers and discriminated against because of her age. The Hospital has disciplined her for alleged violations of its policies but ignored similar or more significant lapses for other employees. Cunningham's activity as a delegate in her union appears also to explain the Hospital's heightened scrutiny of her conduct.

### Clear Evidence of Discrimination in the Disciplinary Warning

On March 6, 2023 The Hospital issued a written warning to Cunningham for i) missing a scheduled shift and ii) allegedly calling a co-worker by a derogatory name. The Hospital's account of the missed shift is partially correct. On January 3, 2023, Ekaterina Syeda, Pharmacy Manager, requested Cunningham by text message to pick up a second shift on January 14, from 7am-3pm, prior to her scheduled shift of 3pm-11pm. Cunningham agreed to do so. (Respondent claims in its Position Statement that Cunnigham signed up for the shift, that is not true. See *Position Statement*, at 4.). The Hospital posts the shift schedule for the Pharmacy employee on a bulletin board in a common area. When changes to the schedule are made, an updated copy of that schedule is updated.

is in the Hospital's Teams chat messages, noting that
*ee* Ex. E.

ingham has been treated less well than her coworkers
nningham available to speak with you at a mutually


        Very truly yours,

        Mark D. Risk

lule on January 13, her added shift for the
t the additional shift. When she reported for
lat she had missed the earlier shift. She then
:o have a record of the error on the schedule.


issed in her almost 33 years of employment
imstances this would ordinarily be the basis
aware of any past instances of a disciplinary
issed shift.

ms' missed shift, Cunningham attended a
77 year old pharmacist with eighteen years
: delayed processing of an order, which
i based on his age. The Hospital did not give
s working with Sohn on the same order. It
iul Islam raised his voice at Cunningham, at


Cunningham into a meeting without further
a union delegate to accompany her to that
able to join her and serve as her delegate.
y 14 shift, but supervisor Syeda asked her a
was thought to have had in the pharmacy,
could not understand. It was fairly clear that
Cunningham.

the term "whale shit" in a conversation with
lad occurred about five months earlier and
:d Cunningham of having called Mr. Persaud
Cunningham vigorously denied having done
iry 1 meeting, had been an eyewitness to the
i had not used the term in reference to Mr.
permitted to speak. As a result, the Hospital
.ed Mr. Persaud "whale shit" – *many months*
out what had really occurred. This is strong


iarmacy technician Rodney St. Victor (then
shift. When he arrived for work on May 2,
.sed his shift two days before, St. Victor
iyee with far less of a track record in the
ird did not receive a written warning. When

# Exhibit A

1/14/23 - no call/no show

Long Island Jewish-Valley Stream Schedule

Long Island Jewish-Valley Stream Schedule

only on schedule 3-11





# Exhibit B

**TIMECARD**

Person & Id  Cunningham, Gayle (129176)

Time Period  Range of Dates  ⌄  1/08/2023  📅  1/21/2023  📅  [____]

**Approvals:**
Sign-off (esyeda1): 1/21/2023
Approve Overtime (esyeda1): 1/12/2023
Approve Overtime (esyeda1): 1/13/2023
Approve Overtime (esyeda1): 1/14/2023
Approve Overtime (esyeda1): 1/15/2023
Approve Overtime (esyeda1): 1/17/2023
**Sign-Off:**  Approve Overtime (esyeda1) at 11:17AM on 1/23/2023

[ Primary Account ]  [ Totals Summary ]  [ Refresh ]

| Add Row | Date | Pay Code | Amount | In | Transfer | Out | Shift | Totals Daily |
|---|---|---|---|---|---|---|---|---|
| | Sun 1/08 | | | | | | | |
| | Mon 1/09 | | | 6:47AM | | 3:08PM | 7.25 | 7.25 |
| | Tue 1/10 | | | | | | | |
| | Wed 1/11 | | | | | | | |
| | Thu 1/12 | | | 8:52AM | FKOZ1199 36.25 OT-Xtra Sh… | 3:00PM | | |
| | Thu 1/12 | | | 3:00PM | FKOZ1199 FT Hrly 7.25 36.… | 11:05PM | 12.5 | 12.5 |
| | Fri 1/13 | | | 8:48AM | FKOZ1199 36.25 OT-Xtra Sh… | 3:00PM | | |
| | Fri 1/13 | | | 3:00PM | FKOZ1199 FT Hrly 7.25 36.… | 11:02PM | 12.5 | 12.5 |
| | Sat 1/14 | Absent No Pay | 7.25 | | | | | |
| | Sat 1/14 | | | 2:45PM | | 11:03PM | 7.5 | 14.75 |
| | Sun 1/15 | | | 6:46AM | FKOZ1199 36.25 OT-Xtra Sh… | 3:00PM | | |
| | Sun 1/15 | | | 3:00PM | FKOZ1199 FT Hrly 7.25 36.… | 11:01PM | 14.5 | 14.5 |
| | Mon 1/16 | | | 4:59PM | | 11:07PM | 5.25 | 5.25 |
| | Tue 1/17 | | | 6:47AM | | 3:00PM | | |
| | Tue 1/17 | | | 3:00PM | FKOZ1199 36.25 OT-Xtra Sh… | 11:04PM | 14.5 | 14.5 |
| | Wed 1/18 | | | 6:45AM | FKOZ1199 36.25 OT-Xtra Sh… | 3:11PM | 7.25 | 7.25 |
| | Thu 1/19 | | | 2:53PM | | 11:05PM | 7.25 | 7.25 |
| | Fri 1/20 | Personal2 | 1.25 | | | | | |
| | Fri 1/20 | Vacation2 | 6.0 | | | | | 7.25 |
| | Sat 1/21 | | | | | | | |

Total: 103.0

# Exhibit C

2:54

**New iMessage**          Cancel

To: **Ekaterina Rx R Syeda**

Hi Ekaterina -sorry to bother you over the weekend but I thought you should know. On Thanksgiving at approximately 11:05PM I walked into the break room and saw Albert hanging 4 sheets of paper in Darryl's unlocked locker. They were offensive (had a picture of a black hand with the middle finger up on each). Ronald was in the room getting ready to leave and saw the whole thing. I was shocked and Albert said he has done this before to Darryl as a joke. You might hear about this on Monday because I'm sure when Darryl opens his locker today everyone will see it. I texted Ronald last

   iMessage

       

42

2:54

**New iMessage**          Cancel

To: **Ekaterina Rx R Syeda**

offensive (had a picture of a black hand with the middle finger up on each). Ronald was in the room getting ready to leave and saw the whole thing. I was shocked and Albert said he has done this before to Darryl as a joke. You might hear about this on Monday because I'm sure when Darryl opens his locker today everyone will see it. I texted Ronald last night and he agreed and felt uncomfortable. I don't like a student being put in this position

Hi Ronald. It's Gayle  I know I saw you on Thursday but I wanted to let you know that what I walked in on Albert

    iMessage

       

43

11:09

ES

Ekaterina Rx

permission and hang offensive material. It is not professional and should not be done to anyone. I don't agree with it and neither should you.

Hey Gayle. In the beginning I thought it was just tom foolery and a joke with Albert. But I've reflected upon it and I agree with you that it's very inappropriate, I wouldn't let it happen again if I see it.

Nov 27, 2021 at 2:37 PM

Thank you. I'll look into it

Dec 2, 2021 at 4:01 PM

Hi. Your son is over 10 right

Yes

iMessage

# Exhibit D

LIJVS Pharmacy Dept ›
54 participants

Chat Files More

Please refrain from dipping into UD boxes for now. Thanks

Today 10:53 PM

Shane P.

SP

3-11pm Handoff:

IVs -
1). 6 Dexamethasone 10mg
2). 2 KPhos 30mm

No pending issues.
No open narcotic discrepancies.

Have a Goodnight!

3

Please see above regarding pt. in CCU 1

Type a message

6/14/23

Grading emoji - only done on 3-11 Shift

Amina
Joy Anne
Shan
Ali
Jeanine.

people noticed it was only on 3-11

**Fw: Offensive emoji on teams**

From   Cunningham, Gayle <GCunningh@northwell.edu>
Date   Thu 6/15/2023 12:32 AM
To     Pando, Terry <TPando@northwell.edu>
Cc     Miller, Mary Regina <mmiller31@northwell.edu>

Hi Terry
I was reading the 3-11 shift Pharmacy handoff on Teams last night and I noticed an unprofessional and inappropriate emoji that depicts an  old woman or
granny. I find this offensive and humiliating to the older woman including myself in the department.
This is not an emoji that is easy to access because it has to be searched for.
Thank you
Gayle

**From:** gayle cunningham <sparkyrx67@gmail.com>
**Sent:** Thursday, June 15, 2023 12:07 AM
**To:** Cunningham, Gayle <GCunningh@northwell.edu>
**Subject:** [EXTERNAL] Emoji

External Email.  Do not click links or open attachments unless you trust the sender and content.  Report suspicious emails using Report Phishing button or forward email to phish@northwell.edu

Sent from my iPhone

# Exhibit E

Week of 07.09.2023

# Great News! Our new Director of Pharmacy- Jason Li- will be starting on Monday 07/17 as planned 😊

## Positions

- Med2Beds Coordinator starting 07/17 (Frances Acosta)
- Per-diem pharmacist (Jordan Yee) joined us earlier this week. He has a training schedule he is to adhere to. In the meantime, if you have any questions or need for his assistance, please defer to me.
- Part-time 0.6FTE technician position has been filled
- Per-diem pharmacist position has been filled

## Vacant Positions

- Per-diem pharmacist
- Per-diem technician
- Full-time overnight technician

## Workflow Impact

- As most of you know we had an electrical issue at the hospital this week
- IV Room→ 4 hour BUD until further notice (most likely next week)

## Schedule

- Will be released early next week
- Reminder:
  - If you are **making a switch/find PTO coverage** after schedule is released→ Unless there is **written confirmation** by your colleague cc'd to me, the switch is **not approved**
  - If you submitted for PTO and have not received a confirmation prior to schedule being released, your PTO request is NOT approved. That means—do NOT book a flight or schedule irrevocable reservations of any kind without approval. Your only pre-approved PTO is the dates in the "vacation book".

## TEAMS CHAT

- Reminder: the TEAMS platform is for hand-off purposes and private messaging.
  - Please refrain from using emojis other than the generics. Some emojis may be offensive to your colleagues. Examples of acceptable "generics": heart, thumbs up, smiley face
  - If you have a medication you would like ordered- write it in the book (and send a private message to Derwin or Rodney if needed)
  - If you have an IT related request or question for Rachel- please message her privately
  - If you have a question for a previous shift, try to message/call respective parties "offline"
  - The main chat was created by admin as an additional forum for shift hand-off (not as a substitute for verbal communication) and important messages from admin
  - If you need assistance from administration or clinical suite during "off-hours", contact people directly. Teams is not monitored 24/7 just as emails aren't.

**Call-Out Procedure: CALL THE DEPARTMENT (not admin)**

**Arriving Late: CALL THE DEPARTMENT (not admin)**

17